**1134**

BOSI, Appellant, v. NEW YORK HERALD CO., Respondent. (Supreme Court, Appellate Division, First Department. March 8, 1901.) Action by Michele Bosi against the New York Herald Company. From an interlocutory judgment sustaining a demurrer to the complaint (68 N. Y. Supp. 898), plaintiff appeals. Affirmed. Thomas J. O'Neill, for appellant. Robert W. Chandler, for respondent.

PER CURIAM. The judgment should be affirmed, with costs, on the opinion of Judge McAdam at special term, but with leave to the plaintiff to amend the complaint upon payment of costs in this court and in the court below.

BOWNS, Appellant, v. STEWART, Respondent. (City Court of New York, General Term. January 29, 1901.) Action by Henry E. Bowns against Samuel Stewart. From a judgment in favor of defendant, plaintiff appeals. Affirmed. James L. Bishop, for appellant. John H. Rogan, for respondent.

PER CURIAM. The question involved in this case has been passed upon by the appellate term. See 28 Misc. Rep. 475, 59 N. Y. Supp. 721. Judgment and order appealed from affirmed, with costs.

BOYCE, Respondent, v. TOWN OF MAMAKEATING, Appellant. (Supreme Court, Appellate Division, Third Department. January 9, 1901.) Action by Benjamin A. Boyce against the town of Mamakeating. No opinion. Judgment and order unanimously affirmed, with costs.

BRADLEY et al., Respondents, v. BRADLEY, Appellant. (Supreme Court, Appellate Division, Third Department. January 24, 1901.) Action by Nathaniel L. Bradley and Clarence P. Bradley against Peter B. Bradley. No opinion. Motion granted.

BRAINARD, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 11, 1901.) Action by Bertha Brainard, as administratrix, etc., of Louis Brainard, deceased, against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs; SEWELL, J., taking no part.

BRANTINGHAM, Respondent, v. HUFF, Appellant (JACKSON et al. Respondents). (Supreme Court, Appellate Division, Second Department. January 11, 1901.) Action by May Thorne Brantingham against Eunice E. Huff, individually and as executrix, etc., of Joseph Thorne, deceased, Bessie Jackson, and others. No opinion. Appeal withdrawn on argument. See 60 N. Y. Supp. 157.

BREWER, Respondent, v. GILMORE, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 29, 1901.) Action by Herman S. Brewer against William J. Gilmore. No opinion. Judgment affirmed, with costs. All concur, except McLENNAN, J., not voting.

BRILL v. BRILL et al. (Supreme Court, Appellate Division, First Department. December 21, 1900.) Action by William Brill against Sadie Brill and another. No opinion. Motion for leave to present affidavits granted.

BRILL, Appellant, v. BRILL et al., Respondents. (Supreme Court, Appellate Division, First Department. December 21, 1900.) Action by William Brill against Sadie Brill and another. C. I. Schampain, for appellant. W. C. Arnold, for respondents. No opinion. Motion to dismiss appeal granted, with $10 costs.

BROWN et al., Respondents, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1901.) Action by Lena Brown and another, as administratrices, etc., of John A. White, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs; GOODRICH, P. J., however, being in favor of a reduction of the amount of damages.

BROWNING v. SIRE et al. (Supreme Court, Appellate Division, First Department. January 25, 1901.) Action by Edward F. Browning against Albert I. Sire and others. No opinion. Motion denied, with $10 costs. See 67 N. Y. Supp. 798.

BRUCE v. VAN DEMARK et al. (Supreme Court, Appellate Division, Third Department. January 24, 1901.) Action by Sarah M. Bruce as administratrix, etc., against Willet I. Van Demark as administrator, etc., and others.

PER CURIAM. Motion to amend order and judgment granted, upon the payment of $10 costs of this motion and the further condition that the appellant have leave to withdraw his appeal to the court of appeals, without costs as against him, and, in the event of withdrawal, that he recover the disbursements incurred on such appeal.

BRUMMER, Respondent, v. METROPOLITAN EL. RY. CO., Appellants. (Supreme Court, Appellate Division, First Department. December 21, 1900.) Action by Anna K. Brummer against the Metropolitan Elevated Railway Company and another. M. W. Gallaway, for appellants. W. R. Page, for respondent.

PER CURIAM. Judgment modified by reducing the amount awarded for fee damages to $1,000, and by reducing the judgment for rental damages as entered to the sum of $1,393.94, and, as modified, affirmed, without costs.

In re BUEL. (Supreme Court, Appellate Division, Third Department. January 9, 1901.) In the matter of the application of Miner Buel to lay out a highway in the town of Middlefield, and the assessment of damages therefor. No opinion. Order affirmed, with $10 costs and disbursements.

BURNHAM v. DENIKE, et al. (Supreme Court, Appellate Division, Second Department. January 25, 1901.) Action by Elizabeth A.

Burnham against Charles W. Denike and others. No opinion. Motion for stay withdrawn. See 66 N. Y. Supp. 396, 1127.

BURTON v. PATTERSON. (Supreme Court, Appellate Division. First Department. February 15, 1901.) Action by Edward G. H. Burton against Frank J. Patterson. No opinion. Motion granted, with $10 costs.

BUSCH, Appellant, v. CUMMINGS, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 22, 1901.) Action by Frederick A. Busch against Lowell M. Cummings. No opinion. Judgment and order affirmed, with costs.

CAMPBELL, Respondent, v. FRIEDLANDER et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 31, 1901.) Action by Samuel I. Campbell (Genie H. Campbell), against Albert Friedlander and Marcus Marks. No opinion. Order affirmed, without costs of this appeal to either party.

CARPENTER, Respondent, v. PURVIS, Appellant. (Supreme Court, Appellate Division, Third Department. January 9, 1901.) Action by Andrew J. Carpenter against Robert Purvis. No opinion. Judgment unanimously affirmed, with costs.

CARVALHO, Appellant, v. BROOKLYN & J. B. TURNPIKE CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 25, 1901.) Action by David N. Carvalho against the Brooklyn & Jamaica Bay Turnpike Company. No opinion. Motion to resettle order denied. See 67 N. Y. Supp. 539.

CASH v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, First Department. January 25, 1901.) Action by Stephen Cash, Jr., an infant, against the New York Central & Hudson River Railroad Company. No opinion. Motion denied, with $10 costs. See 67 N. Y. Supp. 823.

CHAPMAN, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. February 8, 1901.) Application by George S. Chapman against the city of New York for an order directing defendant to pay applicant's disbursements and attorney's fees in defending charges preferred against him by the board of police commissioners, to remove him from his position as captain of the police force. From an order denying the application, applicant appeals. Affirmed. William F. S. Hart, for appellant. Theodore Connoly, for respondent.

RUMSEY, J. The applicant was a captain of the police force. On the 28th of December, 1896, charges were preferred against him by the board of police commissioners upon which he was brought to trial. The charges were dismissed, and he makes this application under chapter 700 of the Laws of 1899, for the appointment of a referee to fix the amount of counsel fees and expenses to which he was put in defending himself from those charges, and to require the city of New York to pay it. His application was denied, and from the order denying it this appeal is taken. The act in question applies in terms to proceedings commenced within any city or county to remove an officer of that city or county, or to convict him of any crime in the commission of his official duties. Without considering the very serious question whether the applicant here can be said in any sense to be an official or officer of the city or county of New York, or the other serious question whether these charges were brought against him for the purpose of removing him from his office, it is sufficient to say that the case in principle cannot be distinguished from In re Straus, 44 App. Div. 425, 61 N. Y. Supp. 37, and In re Jensen, 44 App. Div. 509, 60 N. Y. Supp. 933, in which cases it was held that, in so far as this statute attempted to impose a liability upon any city or county for something which was not a city or county purpose, it was beyond the power of the legislature, and was therefore unconstitutional. The question was sufficiently discussed in those two cases to express the reasons upon which the conclusions of the court were reached, and it is unnecessary to repeat them in this connection. For those reasons the order of the court below was correct, and must be affirmed, with costs and disbursements as of an action. All concur.

In re CLARKE. (Supreme Court, Appellate Division, First Department. February 15, 1901.) In the matter of David Clarke, deceased. No opinion. Motion denied, with $10 costs.

In re CLARKE. (Supreme Court, Appellate Division, First Department. February 25, 1901.) In the matter of David Clarke, deceased. No opinion. Motion denied, with $10 costs.

COBB v. METROPOLITAN ST. R. CO. (Supreme Court, Appellate Division, First Department. February 8, 1901.) Action by Carrie F. Cobb against the Metropolitan Street-Railroad Company. No opinion. Motion denied, with $10 costs. See 67 N. Y. Supp. 644.

COLLINS, Appellant, v. LOVE et al., Respondents. (Supreme Court, Appellate Division, First Department. February 25, 1901.) Action by Mary A. Collins against Samuel Love and others. H. Reeves, for appellant. C. C. Ferris, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

CONLON, Appellant, v. STARBUCK, Respondent. (Supreme Court, Appellate Division, First Department. February 8, 1901.) Action by Owen F. Conlon against James L. Starbuck as assignee. J. Delahunty, for appellant. C. P. Moses, for respondent. No opinion. Judgment affirmed, with costs.

CONTINENTAL NAT. BANK, Appellant, v. TRADESMEN'S NAT. BANK, Respondent. (Supreme Court, Appellate Division, First Department. December 21, 1900.) Action by the Continental National Bank against the Tradesmen's National Bank. W. Greerson, Jr., for